## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **WILLIAM R. YELLETS**        :        **CHAPTER 13**
       **LINDA J. YELLETS**        :
       **Debtors**        :        **NO. 18-16637**

## <u>ORDER</u>

AND NOW, upon consideration of the Motion for Extension of Time filed by Paul H.

Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an

additional sixteen (16) days **for a total of thirty (30) days from the date of filing, or until**

**November 3, 2018** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C,

Chapter 13 Plan, and two months income information.

**Date: October 22, 2018**

_____
                                      J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA    19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtors