United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William R. Yellets
Linda J. Yellets
    Debtors

Case No. 18-16637-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 22, 2018
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb      #+William R. Yellets,    Linda J. Yellets,    158 E. Main Street,    Macungie, PA 18062-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2018 02:43:50      Orion (Verizon),
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Joint Debtor Linda J. Yellets support@ymalaw.com,    ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          PAUL H. YOUNG    on behalf of Debtor William R. Yellets support@ymalaw.com,    ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                                TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  WILLIAM R. YELLETS         :        CHAPTER 13
         LINDA J. YELLETS               :
         **Debtors**                             :        NO. 18-16637

**ORDER**

AND NOW, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional sixteen (16) days **for a total of thirty (30) days from the date of filing, or until November 3, 2018** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

**Date: October 22, 2018**

_____
                                                     J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtors