United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16637-ref
William R. Yellets                                                      Chapter 13
Linda J. Yellets
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                 Page 1 of 2          Date Rcvd: Nov 14, 2018
                              Form ID: 309I             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db/jdb         #+William R. Yellets,    Linda J. Yellets,    158 E. Main Street,    Macungie, PA 18062-1311
tr              +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                  Reading, PA 19606-2265
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14208684        +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14208683        +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                  Lancaster, PA 17601-4890
14208694        +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14208693        +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14208698       ++++DITECH,   332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                  (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
14212446        +Ditech Financial LLC,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
14208701        +Luzerne County Tax CLaim Bureau,    c/o Northeast Revenue Service LLC,    200 North River Street,
                  Wilkes Barre, PA 18711-1004
14209570        +Orion,    PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14208706       #+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14208705        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14208708        +Perfection Collection,    313 E. 1200 S,    Orem, UT 84058-6910
14208707        +Perfection Collection,    Attn: Bankruptcy Department,    313 E 1200 S, Suite 102,
                  Orem, UT 84058-6910
14208711        +Robert Heemstra,    134 Espy Street,    Nanticoke, PA 18634-4304
14208715        +Sunrise Credit Services, Inc.,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
14208714        +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                  Farmingdale, NY 11735-4021
14208717         Trident Asset Management,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
14208716        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: support@ymalaw.com Nov 15 2018 03:54:52      PAUL H. YOUNG,
                  Young, Marr & Associates,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA  19020
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 15 2018 03:55:36      United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14208686         E-mail/Text: aleasure@autotrakk.com Nov 15 2018 03:56:23      Autotrakk Llc,
                  1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14208685         E-mail/Text: aleasure@autotrakk.com Nov 15 2018 03:56:23      Autotrakk Llc,
                  Attn: Bankruptcy Department,    1500 Sycamore Rd., Ste. 200,    Montoursville, PA 17754-9416
14208687         EDI: BANKAMER.COM Nov 15 2018 08:38:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998
14208688         EDI: BANKAMER.COM Nov 15 2018 08:38:00      Bank Of America,    Po Box 982238,
                  El Paso, TX 79998
14208690         EDI: CAPITALONE.COM Nov 15 2018 08:38:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
14208689        +EDI: CAPITALONE.COM Nov 15 2018 08:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
14208692        +E-mail/Text: ering@cbhv.com Nov 15 2018 03:55:33      Collection Bureau Hudson Valley, Inc.,
                  155 N Plank Rd,    Newburgh, NY 12550-1748
14208691        +E-mail/Text: ering@cbhv.com Nov 15 2018 03:55:33      Collection Bureau Hudson Valley, Inc.,
                  155 North Plank Road,    Po Box 831,    Newburgh, NY 12551-0831
14208695        +EDI: CCS.COM Nov 15 2018 08:38:00      Credit Collection Services,    Attn: Bankruptcy,
                  725 Canton St,    Norwood, MA 02062-2679
14208696        +EDI: CCS.COM Nov 15 2018 08:38:00      Credit Collection Services,    Po Box 607,
                  Norwood, MA 02062-0607
14208697        +E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 03:55:06      Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
14208700        +EDI: IIC9.COM Nov 15 2018 08:38:00      I C System Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
14208699        +EDI: IIC9.COM Nov 15 2018 08:38:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                  St. Paul, MN 55164-0378
14220629         EDI: RESURGENT.COM Nov 15 2018 08:38:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
14208702        +EDI: CBS7AVE Nov 15 2018 08:38:00      Monroe & Main,    1112 7th Avenue,    Monroe, WI 53566-1364
```

```
District/off: 0313-4              User: dlv                     Page 2 of 2                   Date Rcvd: Nov 14, 2018
                                  Form ID: 309I                 Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14208710         EDI: PRA.COM Nov 15 2018 08:38:00      Portfolio Recovery,   120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502
14208704        +E-mail/Text: blegal@phfa.org Nov 15 2018 03:55:38      Pa Housing Finance Age,
                  2101 N. Front Street,   Harrisburg, PA 17110-1086
14225176        +E-mail/Text: csc.bankruptcy@amwater.com Nov 15 2018 03:56:21      Pennsylvania American Water,
                  P O Box 578,   Alton, IL 62002-0578
14208709        +EDI: PRA.COM Nov 15 2018 08:38:00      Portfolio Recovery,   Po Box 41021,
                  Norfolk, VA 23541-1021
14208712        +EDI: DRIV.COM Nov 15 2018 08:38:00      Santander Consumer USA,   Attn: Bankruptcy,
                  Po Box 961245,   Fort Worth, TX 76161-0244
14208713        +EDI: DRIV.COM Nov 15 2018 08:38:00      Santander Consumer USA,   Po Box 961245,
                  Ft Worth, TX 76161-0244
                                                                                                 TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +WILLIAM MILLER*R,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                  Reading, PA 19606-2265
14208703*       +Monroe & Main,   1112 7th Ave,   Monroe, WI 53566-1364
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Linda J. Yellets support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor William R. Yellets support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William R. Yellets** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–5780** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Linda J. Yellets** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–1581** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **13    10/4/18** |
| Case number: | **18–16637–ref** | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Yellets | Linda J. Yellets |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 158 E. Main Street <br> Macungie, PA 18062 | 158 E. Main Street <br> Macungie, PA 18062 |
| 4. | **Debtor's attorney** <br> Name and address | PAUL H. YOUNG <br> Young, Marr & Associates <br> 3554 Hulmeville Road <br> Suite 102 <br> Bensalem, PA 19020 | Contact phone (215) 639–5297 <br><br> Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM MILLER\*R <br> Interim Chapter 13 Trustee <br> 2901 St. Lawrence Avenue, Suite 100 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br><br> Email:  ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br><br> Date: 11/14/18 |

**For more information, see page 2**

Official Form 309I                                                **Notice of Chapter 13 Bankruptcy Case**                                                page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 11, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/13/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/2/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 725.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/31/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |