**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   WILLIAM R. and LINDA J. YELLETS            :   CHAPTER 13

        Debtor(s)                                                          :   BANKRUPTCY NO. 18-16637

**CERTIFICATION OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES**

     I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.    On March 25, 2019, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

     WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                                                              Respectfully submitted,

                                                             /s/ Paul H. Young
                                                             Paul H. Young, Esquire
                                                            Young, Marr & Associates
                                                            3554 Hulmeville Road
                                                            Suite 102
                                                           Bensalem, PA   19020
                                                           Phone:   (215) 639-5297
                                                          Fax:       (215) 639-1344
                                                          support@ymalaw.com