United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16637-ref
William R. Yellets                                                        Chapter 13
Linda J. Yellets
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 3              Date Rcvd: May 23, 2019
                             Form ID: pdf900          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db/jdb         #+William R. Yellets,    Linda J. Yellets,    158 E. Main Street,    Macungie, PA 18062-1311
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14208684        +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14208683        +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                  Lancaster, PA 17601-4890
14236975        +Auto Trakk LLC,    1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
14208687       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
14208693        +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14208694        +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14208698     ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
14212446        +Ditech Financial LLC,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
14208699        +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
14208700        +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14208701        +Luzerne County Tax CLaim Bureau,    c/o Northeast Revenue Service LLC,    200 North River Street,
                  Wilkes Barre, PA 18711-1004
14209570        +Orion,   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14208705        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14208708        +Perfection Collection,    313 E. 1200 S,    Orem, UT 84058-6910
14208707        +Perfection Collection,    Attn: Bankruptcy Department,    313 E 1200 S, Suite 102,
                  Orem, UT 84058-6910
14208711        +Robert Heemstra,    134 Espy Street,    Nanticoke, PA 18634-4304
14208713        +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14208712        +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14208715        +Sunrise Credit Services, Inc.,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
14208714        +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                  Farmingdale, NY 11735-4021
14208717         Trident Asset Management,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
14208716        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:46:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2019 02:47:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: bankruptcy.bnc@ditech.com May 24 2019 02:46:50
                 Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
                 Rapid City, SD  57709-6154
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:48:17      Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14242433        +E-mail/Text: g20956@att.com May 24 2019 02:47:17      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ.  07921-2693
14208686        +E-mail/Text: aleasure@autotrakk.com May 24 2019 02:47:23      Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14208685        +E-mail/Text: aleasure@autotrakk.com May 24 2019 02:47:23      Autotrakk Llc,
                 Attn: Bankruptcy Department,    1500 Sycamore Rd., Ste. 200,    Montoursville, PA 17754-9416
14208690         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 02:48:16      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14208689        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 02:48:46      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14238262         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 02:48:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14208692        +E-mail/Text: ering@cbhv.com May 24 2019 02:47:02      Collection Bureau Hudson Valley, Inc.,
                 155 N Plank Rd,    Newburgh, NY 12550-1748
14208691        +E-mail/Text: ering@cbhv.com May 24 2019 02:47:02      Collection Bureau Hudson Valley, Inc.,
                 155 North Plank Road,    Po Box 831,    Newburgh, NY 12551-0831
14208695        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2019 02:47:21
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14208696        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2019 02:47:21
                 Credit Collection Services,    Po Box 607,    Norwood, MA 02062-0607
14208697        +E-mail/Text: bankruptcy.bnc@ditech.com May 24 2019 02:46:50      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
```

```
District/off: 0313-4           User: Keith              Page 2 of 3                   Date Rcvd: May 23, 2019
                               Form ID: pdf900          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14245607        E-mail/Text: bankruptcy.bnc@ditech.com May 24 2019 02:46:50     Ditech Financial LLC,
                  PO Box 6154,   Rapid City, SD 57709-6154
14220629        E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:47:51
                  LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                  Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14208702       +E-mail/Text: bankruptcy@sccompanies.com May 24 2019 02:47:26     Monroe & Main,
                  1112 7th Avenue,   Monroe, WI 53566-1364
14292705       +E-mail/Text: blegal@phfa.org May 24 2019 02:47:05      PHFA/HEMAP,   211 NORTH FRONT ST,
                  PO BOX 15206,   HARRISBURG, PA 17105-5206
14208710        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:47:49
                  Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14245608        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:47:49
                  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14208704       +E-mail/Text: blegal@phfa.org May 24 2019 02:47:05      Pa Housing Finance Age,
                  2101 N. Front Street,   Harrisburg, PA 17110-1086
14225176       +E-mail/Text: csc.bankruptcy@amwater.com May 24 2019 02:47:21     Pennsylvania American Water,
                  P O Box 578,   Alton, IL 62002-0578
14208709       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:48:18
                  Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
14234792        E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 02:46:52
                  Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14208688*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
14208703*      +Monroe & Main,   1112 7th Ave,   Monroe, WI 53566-1364
14208706       ##+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Linda J. Yellets support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor William R. Yellets support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
```

```
District/off: 0313-4          User: Keith              Page 3 of 3            Date Rcvd: May 23, 2019
                              Form ID: pdf900          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           :

WILLIAM R  YELLETS
LINDA  J  YELLETS
                                                                  : Bankruptcy No. 18-16637REF
        Debtor(s)                                     : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: May 23, 2019**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM PA 19020-4366

WILLIAM R  YELLETS
LINDA  J  YELLETS
158 E MAIN STREET
MACUNGIE, PA 18062