**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   WILLIAM R. and LINDA J. YELLETS | :   CHAPTER 13 |
| Debtor(s) | :   BANKRUPTCY NO. 18-16637 |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **DENIED for failure to comply with LBR 2016-3(a)(2).**

**Date: May 30, 2019**

Date:_____

_____
**U.S. BANKRUPTCY JUDGE**